157 A.3d 476

COMMONWEALTH of Pennsylvania, Respondent

v.

Alphonso GRIFFIN, Petitioner

No. 181 EAL 2016

Supreme Court of Pennsylvania.

September 12, 2016

## ORDER

PER CURIAM

**AND NOW**, this 12th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.